UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BHUPINDER BHIRA,

                       Plaintiff,                      **ORDER**

                       -against-                      13-CV-3654 (ARR)

NORTHERN AUTO SERVICE STATION
INC., et al.,

                       Defendants.
-----------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

       The parties have rejected the Court's settlement proposal. Although defendants have asked that discovered be reopened, see Letter Motion for Extension of Time to Complete Discovery (Mar. 7, 2014), Electronic Case Filing ("ECF") Docket Entry("DE") #16; see generally Minute Entry (Mar. 19, 2013), DE #18, they have not made a showing of good cause to justify modifying the schedule previously set by the Court. See Fed. R. Civ. P. 16(b)(4); see also Endorsed Order (Mar. 10, 2014), DE #17. Therefore, discovery will not be reopened.

       Any request for a premotion conference before Judge Ross must be filed by March 31, 2014. If none is filed, the parties are directed to serve and file their Joint Pre-Trial Order ("JPTO"), in accordance with Judge Ross' Individual Rules, pursuant to the following schedule:

Plaintiff's portion must be served by April 7, 2014; defendants' must be served by April 14, 2014; the combined JPTO must be docketed into ECF by April 21, 2014.

**SO ORDERED.**

**Dated:** **Brooklyn, New York**
**March 24, 2014**

/s/ Roanne L. Mann
**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**